IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CYNTHIA GALIGHER, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.             No. 2:20-cv-2140-PKH

**NEO CABINET, INC., NEO HOLDINGS, LLC,**     **DEFENDANTS**
**and NATHAN FRITZE**

### JOINT NOTICE OF LIABILITY SETTLEMENT

The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages. The parties have not agreed on court costs or a reasonable attorney's fee. The parties are in the process of finalizing settlement documents and expect to file their Joint Motion for Approval of Liability Settlement within twenty-one (21) days from the filing of this Joint Notice of Liability Settlement. If the parties cannot agree on costs and a reasonable fee, Plaintiff will submit a petition for an award of attorney's fees within 30 days of the Court's order approving the Joint Motion. In light of the settlement progress, the parties request that all pending deadlines be stayed.

Respectfully submitted,

**PLAINTIFF CYNTHIA GALIGHER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and     NEO CABINET, INC., NEO HOLDINGS, LLC, and NATHAN FRITZE**

WATSON LAW FIRM, P.A.
3291 S. Thompson, Ste. B-101
Springdale, AR 72764
Telephone: (479) 750-7717

*/s/ Joshua A. Daniels*
Joshua A. Daniels
Ark. Bar No. 2020146
josh@watsonlawfirmpa.com

Jeff H. Watson
Ark. Bar No. 82173
cs@watsonlawfirmpa.com