UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA GALIGHER                                                                                    PLAINTIFF

v.                                            Case No. 2:20-CV-02140

NEO CABINENT, INC., et al.                                                                    DEFENDANTS

### ORDER

Before the Court are a joint motion (Doc. 31) to approve the parties' settlement agreement and the settlement agreement (Doc. 31-1). The joint motion represents the agreement is a fair and reasonable compromise of a bona fide dispute. Under the terms of the agreement, Galigher will receive a total sum of $2,000.00—which includes $1,000.00 in unpaid wages and $1,000 in liquidated damages. The motion represents this amount of unpaid wages is the "full, uncompromised amount of her calculated overtime owed . . . ." (Doc. 31, p. 4). The Court finds the agreement is fair and equitable and the settlement agreement will be approved in its entirety.

The parties continue to negotiate the amount of attorney's fees Plaintiff will recover. Should they reach an agreement, it need not be approved by the Court. If a motion for attorney's fees must be filed pursuant to Federal Rule of Civil Procedure 54(d)(2), the deadline will be no later than 14 days after the entry of judgment.

IT IS THEREFORE ORDERED that the motion (Doc. 31) is GRANTED. The parties' settlement agreement is approved and this case is DISMISSED WITH PREJUDICE on those terms. Judgment will be entered separately.

IT IS SO ORDERED this 6th day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE