UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA GALIGHER                                                                                              PLAINTIFF

v.                                         Case No. 2:20-CV-02140

NEO CABINENT, INC., et al.                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 6th day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE